# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON RAY FLICK, ) | |
| ) | Civil Action No. 15 – 80J |
| Petitioner, ) | |
| ) | District Judge Kim R. Gibson |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| NANCY GIROUX, ATTORNEY ) | |
| GENERAL OF THE STATE OF ) | |
| PENNSYLVANIA, and DISTRICT ) | |
| ATTORNEY OF SOMERSET ) | |
| COUNTY, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner Jason Ray Flick ("Petitioner") pursuant to 28 U.S.C. § 2254, challenging his seventeen (17) to thirty-five (35) year judgment of sentence entered on June 3, 2010 by the Somerset County Court of Common Pleas. His Petition was filed on March 25, 2015, and he filed a Supplement to that Petition on June 24, 2015. In accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court, all pretrial matters were referred to United States Magistrate Judge Lisa Pupo Lenihan.

On February 26, 2018, the Magistrate Judge issued a Report and Recommendation recommending that Petitioner's Petition for Writ of Habeas Corpus and Supplement to that Petition be denied and that a Certificate of Appealability also be denied. (ECF No. 38.) Petitioner was served with the Report and Recommendation and informed that the deadline to file written objections was March 15, 2018. As of today, no objections have been filed.

1

Therefore, upon careful *de novo* review of the Petition for Writ of Habeas Corpus and its Supplement, and the Magistrate Judge's Report and Recommendation, the following Order is entered.

AND NOW, this 16th day of March, 2018;

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 38) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) and Supplement thereto (ECF No. 8) is denied.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Kim R. Gibson
United States District Judge

cc: Jason Ray Flick
JT-4062
SCI Albion
10745 Route 18
Albion, PA 16475

Counsel of record
(Via CM/ECF electronic mail)